UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00088 |
| | ) | JUDGE SHARP |
| LARRY MURPHY | ) | |
| ANNY CASTILLO | ) | |

**O R D E R**

Pending before the Court is Motion to Delay Date Defendant, Larry Murphy, is to Self-Report (Docket No. 71) and Defendant Castillo's Motion to Extend Reporting Date (Docket No. 72) to which the Government does not oppose.

In the Judgments entered February 28, 2013 (Docket Nos. 67 and 69), Defendants were directed to surrender for service of sentence at the institution designated by the Bureau of Prisons ("BOP") before 2:00 p.m. on Monday, March 11, 2013. As of this time, Defendants have not yet received designation from the BOP.

Accordingly, the Motion is GRANTED in that the Court will extend the reporting date. Defendants shall surrender for service of their sentences at the institution designated by the Bureau of Prisons by 2:00 p.m., prevailing time, on Thursday, April 11, 2013.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE